USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 09/28/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TONYA BEST,

Plaintiff,

-against-

KONICA MINOLTA SUPPLIES MANUFACTURING U.S.A., ET AL.

Defendants.

23-CV-6265 (NSR)

ORDER

NELSON S. ROMÁN, United States District Judge:

By Order dated August 4, 2026, Plaintiff was directed to show cause in writing on or before September 4, 2026, why this action should not be dismissed without prejudice for want of prosecution pursuant to Fed. R. Civ. P. 41(b). Moreover, the Court advised Plaintiff that her failure to comply with this Court's order will result in dismissal of the case for want of prosecution. Despite the passage of more than thirty (30) days since the Court's issuance of the OSC and several weeks past the deadline for Plaintiff to respond, the Court has received no communication, in any form, from Plaintiff. Accordingly, Plaintiff's remaining causes of action are deemed dismissed without prejudice.

The Clerk of Court is respectfully directed to terminate the action.

Dated: September 28, 2026
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge